IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM C. MAZUREK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14−cv−577−MJR−SCW |
| | ) |
| DR. WALDVOGEL, | ) |
| DR. DACE, | ) |
| DR. O'BRIAN, | ) |
| WEXFORD HEALTH SOURCES, INC., | ) |
| SALVADOR GODINEZ, and | ) |
| LEHMAN | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**WILLIAMS, Magistrate Judge:**

In this § 1983 civil rights case, Defendants filed a suggestion of death as to pro se Plaintiff William Mazurek on July 1, 2014. (Doc. 24). The Court then ordered Defendants to effectuate service on Plaintiff's next of kin by August 7, 2014. (Doc. 26). The Court granted an extension of time to accomplish that task on August 7, 2014. (Doc. 30). On September 5, 2014, Defendants asked the Court to relieve them of their obligation to effectuate service, as their best efforts had produced no results at that time. (Doc. 43). The Court did so and entered an order stating that the case would be dismissed should no person enter a Motion for Substitution on behalf of Plaintiff by December 14, 2015. (Doc. 44).

As of this date, no person has filed such a Motion. Pursuant to Federal Rule of Civil Procedure 25(a)(1), this case must be dismissed. The undersigned accordingly **DISMISSES** this action without prejudice. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED**

DATED: March 11, 2015                             /s/ *Stephen C. Williams*

**STEPHEN C. WILLIAMS**
United States Magistrate Judge
